SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for EDDY SANDOVAL LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:18-CR-0206KJM |
| Plaintiff, ) | |
| ) | STIPULATION |
| ) | REGARDING PRETRIAL RELEASE |
| ) | SUPERVISION |
| v.    ; ) | FINDINGS AND ORDER |
| ) | |
| EDDY SANDOVAL LOPEZ, ) | |
| ) | |
| ). | |
| ) | Court: Hon. Kimberly J. Mueller |
| Defendant. ) | |
| _____) | |

STIPULATION

Upon consent of the Government, it is hereby stipulated that condition 14 of the special conditions of pretrial release be modified.  Defense Counsel has discussed the proposed modification with Pretrial Services Officer, Margarita Zepeda, and she has indicated she is in agreement with the conditions.  The modified term 14 shall read as follows:

You must not use or access the darkweb, or use cryptocurrency, in any way and for any purpose.

-1-

An Amended Special Conditions of release will be filed with this stipulation. All other conditions of release are to remain in full force and effect.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 18, 2019 | Respectfully submitted, |
| | /s/ Grant Rabenn<br>GRANT RABENN<br>Assistant U.S. Attorney |
| Dated: December 18, 2019 | /s/ Samuel David Berns<br>SAMUEL DAVID BERNS<br>Attorney for Eddy Sandoval Lopez |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE