SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for EDDY SANDOVAL LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>EDDY SANDOVAL LOPEZ, and<br>DESHARI SAIVOHN FREDERICK<br><br><br>    Defendants.<br>_____ | No. 2:18-CR-0206KJM<br><br>STIPULATION<br>EXTENDING SURRENDER DATE<br>TO BUREAU OF PRISONS |

STIPULATION

1. By previous order, Defendant Eddy Sandoval Lopez was ordered to surrender to the Bureau of Prisons on December 28, 2020.

2. By this stipulation, Defendant now moves to continue the surrender date until March 1, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a. On October 26, 2020, Defendant was sentenced in the above-referenced case.

-1-

    b. Defendant is seeking the surrender date be extended due to several factors related to a medical condition of which the court has previously been made aware. Specifically, he is scheduled for further procedures, and is also due to be deposed in early 2021 in a related worker's compensation case.

    c. The Government does not object to the continuance.

4. All other prior orders shall remain in full force and effect.

IT IS SO STIPULATED.

Dated:  December 8, 2020                       Respectfully submitted,

                                                /s/ Grant Rabenn
                                                GRANT RABENN
                                                Assistant U.S. Attorney

Dated: December 8, 2020                      /s/ Samuel David Berns
                                                SAMUEL DAVID BERNS
                                                Attorney for Eddy Sandoval Lopez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of December, 2020.

                                                CHIEF UNITED STATES DISTRICT JUDGE